# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: SHELBI NIKOLE PURCELL                                    CASE NUMBER: 2340066

DEBTOR 2 NAME:

I _____ Robert J Wallace, Jr. _____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___3/1/2023___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

FIRST SECURITY BANK,ATTN JEFFREY MARTIN PRESIDENT,202 US-166,TRIMBLE MO 64492
SHELBI NIKOLE PURCELL,1008 E 25TH AVE,NORTH KANSAS CITY MO 64116

By Electronic Transmittal :

By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date :    3/1/2023             Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  **SHELBI NIKOLE PURCELL**

**Case No.:  23-40066-drd-13**

**Debtor**

## REQUEST TO REDACT OR RESTRICT AND WAIVE FEE

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and files this Request to Redact or Restrict and Waive Fee and in support states as follows:

1.  A supporting document attached to Court claim number 6 filed by creditor FIRST SECURITY BANK on 02/27/2023 contains the following violation(s) of Federal Rule of Bankruptcy Procedure 9037:

    -   A birth date that lists more than just the year of an individual's birth

2.  The trustee requests that page(s) 11 of Court claim number 6 be expunged from the Court record.

3.  The trustee also requests that the filing fee be waived.

WHEREFORE, based on the foregoing, the trustee requests the Court grant this Request to Redact or Restrict and Waive Fee and enter an order directing page(s) 11 of Court claim number 6 to be expunged from the Court record and to waive the filing fee.

February 28, 2023

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)
FIRST SECURITY BANK (697202)

/s/ Richard V. Fink, Trustee